IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE FUGATE, <br><br> Plaintiff, <br><br> v. <br><br> GARY PHILP, et al., <br><br> Defendants. <br> _____ | No. C 06-0277 MMC (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br><br> (Docket No. 41) |

Good cause appearing, plaintiff's request for a 60-day extension of time in which to file a response to defendant Transcorp America LLC's May 29, 2007 renewed motion to dismiss or, in the alternative, for summary judgment is GRANTED. The previous deadline for plaintiff to file his supplemental opposition is hereby EXTENDED from July 14, 2007 to September 14, 2007. Defendant shall file a reply within 15 days of the date the supplemental opposition is filed.

This order terminates Docket No. 41.

IT IS SO ORDERED.

DATED: June 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge