IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE FUGATE,

        Plaintiff,

  v.

GARY PHILP, SHERIFF, et al.,

        Defendants.
                               /

No. CV-06-0277 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants Philp and Humboldt County's motion for summary judgement is hereby GRANTED.

    2. Defendant Transcor's motion to dismiss or, in the alternative, motion for summary judgment, is hereby GRANTED.

Dated: August 21, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk